

200 Prosperity Dr.
Knoxville, TN 37923
(615) 883-4115

# Report of Findings

Brown/Young/Samsung Electronics Fire Origin & Cause

Rimkus Matter No: 100280599

Prepared For:
Schonbrun, Seplow, Harris, Hoffman & Zeldes, LLP
501 West Broadway
Suite 800
San Diego, CA 92101

Attention:
Ms. Amy Johnsgard

Robert R Everett
Digitally signed by: Robert R Everett
DN: CN = Robert R Everett C = US O
= Tennessee
Date: 2025.01.23 14:37:48 -05'00'

Robert R. Everett, IAAI-CFI
Fire Consultant

# TABLE OF CONTENTS

I.     Introduction                                                                      1

II.    Conclusions                                                                       2

III.   Discussion                                                                        3

       ●     General History

       ●     Inspection

       ●     Analysis

IV.    Basis of Report                                                                   7

V.     Attachments                                                                       8

       A.    Photographs

       B.    North Monroe Volunteer Fire Department Incident Report

       C.    CPSC Recall Information

       D.    Curriculum Vitae

## Section I
## INTRODUCTION

On September 16, 2024, a fire occurred to the residential structure located at █████ ████████████████████████, Tennessee. The residence was owned by Mr. Rocky Brown.

Rimkus was retained by Schonbrun, Seplow, Harris, Hoffman & Zeldes, LLP to determine the origin and cause of the reported fire. In the course of our work, we examined and documented the fire-damaged structure with measurements, sketches, and digital photographs. Our work to complete the assignment was initiated on November 15, 2024, by Robert R. Everett, IAAI-CFI, Fire Consultant.

This report was prepared for the exclusive use of Schonbrun, Seplow, Harris, Hoffman & Zeldes, LLP and is not intended for any other purpose. Our report is based on the information available to us at this time, as described in the **Basis of Report**. The opinions and conclusions herein are based on sufficient facts or data; they are the product of our analysis utilizing reliable, generally accepted principles and methods in our applicable professional field; and they reflect a reliable application of these principles and methods to the facts of this matter. Should additional information become available, we reserve the right to determine the impact, if any, the new information may have on our opinions and conclusions and to revise our opinions and conclusions if necessary and warranted. This report was technically reviewed by Scott V. Gartner, IAAI-CFI, Fire Practice Leader.

1. The fire originated within the kitchen.

2. The specific point of fire origin was at the left-front element of the freestanding electric range.

3. The specific ignition sequence and cause of the fire was determined to have been the ignition of ordinary combustibles that were heated to their ignition temperature and ignited.

4. Fire patterns exhibited were consistent with the element having been in an "on" position at the time of the fire.

**General History**

The property involved was a one-story, manufactured home. The structure was constructed with lightweight wood framing. The residence had vinyl exterior siding with composite shingles covering the roof and a concrete masonry unit (CMU) pier foundation. It measured approximately 14 feet in width, 66 feet in length, and faced south. Clayton Homes manufactured the structure on October 28, 2011, at plant 00936. The manufacturer's serial number was CWP021444TN and the model unit designation was 36STE14663AH12. The residence was supplied with electrical service along the north elevation. We did not observe evidence that was consistent with the fire having originated at or having been ignited by the equipment that was supplied by the utility provider. The residence was not supplied with liquid propane service.

The fire reportedly occurred on September 16, 2024. Our inspection of the residence occurred on November 15, 2024. Prior to conducting our inspection, we interviewed the insured, Mr. Rocky Brown. Mr. Brown said he purchased the property in December 2021 and resides in the house with his girlfriend, Ms. Sarah Young, and his sister, Ms. Stephanie Brown. Since purchasing the house, only cosmetic renovations have been performed. Mr. Brown said there were no electrical problems with the house.

The evening of the fire, Mr. Brown's son, Mr. Austin Littleton, visited the house per the request of Mr. Brown. Mr. Littleton arrived at the house at approximately 7:30 p.m. His request was to let the three dogs out and place the hamburger meat that was thawing into the refrigerator. Mr. Littleton completed the requests and then proceeded to watch television for approximately 15 minutes until leaving the house at approximately 8:15 p.m. Mr. Littleton did not report any strange smells or conditions during his visit.

Upon coming home from work, Ms. Stephanie Brown smelled smoke outside the residence and thought the smell was originating from an old burn site on the property. As she traveled to the front door, she reported seeing smoke emitting from the eaves of the roof. She frantically called 911 realizing the house was on fire. She opened the doors of the house in an attempt to get the dogs outside. The attempt was unsuccessful, and all three dogs perished in the fire.

Mr. Brown advised it took the North Monroe Volunteer Fire Department approximately 20 minutes to respond to the fire. He also reported additional neighboring fire departments responded and aided in fire suppression activities. Once the fire was out, the fire department members shared the findings as to what they believed contributed to the fire (**Attachment B**). Mr. Brown was allowed to enter the burned structure with the firefighters. They directed him to the kitchen and showed him where a control knob on the electric range was in the "on" position. Mr. Brown said while discussing the fire events, a firefighter turned the control knob to the "off" position. He remembers that it was the second from the left control knob, which controlled the large left front heating element.

Mr. Brown stated there were combustible items stored on the range top, and it had not been used for cooking the day of the fire. He remembers specifically a box of sandwich bags was positioned on the left front element.

Mr. Brown purchased the Samsung electric range at Conn's HomePlus in Knoxville, Tennessee, on September 5, 2023. Conn's HomePlus is no longer in business, but Mr. Brown still retains the receipt of the purchase.

Mr. Brown reported that he and the rest of the household experienced the ease of turning the control knobs. On several accounts he witnessed the cooktop was inadvertently turned on by brushing against the range. On the night of the fire, he thinks his son or a dog bumped the range that turned the heating element on. One of the three dogs was notorious for getting food items off the counter. Mr. Brown received a letter, postmarked September 19, 2024, from Samsung Electronics America notifying him of a recall notice on his electric range.

**Inspection**

During our examination of the residence, we utilized a systematic approach in order to consider the origin and cause of the fire. Our examination included an overall inspection of the structure, both exterior and interior, and all other pertinent areas. The exterior of the residence exhibited minor fire damage, and the electrical service had been disconnected. Smoke stains were visible on the vinyl siding on all elevations at the roof line/eaves. Fire ventilation patterns were observed coming from the hood exhaust on the south elevation. The majority of the windows had smoke/soot stains.

Fire patterns were consistent with the fire having originated within the kitchen. The freestanding electric kitchen range, the exhaust hood, the upper kitchen cabinets, and the ceiling had sustained fire damage. The specific point of fire origin was determined to have been on the range's cooktop at the left-front burner. A greater degree of fire damage was exhibited by the kitchen counter and the upper kitchen cabinets at the left side of the range than at the right side. The lowest level of burning observed was on the floor immediately in front of the range. The fire had created a hole in the subfloor. The floor was excavated, and a fire debris sample was collected for further forensic testing. The fire debris was placed in a 1-gallon metal container labeled as item A. The sample was then submitted to Forensic and Scientific Testing, Inc. in Thorsby, Alabama for analysis to detect the presence of ignitable liquid residues. The laboratory analysis report stated that no ignitable liquid residues were identified in item A. Portions of wood cabinet framing were among the excavated debris, it was later determined that a cabinet above the range hood had fallen, creating the low burn patterns.

The range exhaust hood had collapsed onto the Samsung range. The manufacturer of the hood could not be identified, and no model and/or serial number could be determined by a visual examination. The electrical supply to the hood was fire damaged, but no fire-initiating failures were observed. The electrical conductors were still connected to the hood.

Fire patterns exhibited by the range exhaust hood were consistent with the fire having originated beneath and at the left side of the appliance. The range hood was later collected and placed in storage for future examination, if necessary.

We identified the range as having been a Samsung brand, with model number NE63T8511SG/AA and serial number 0HF07DCW600516D. Research was performed with the Consumer Product Safety Commission (CPSC) for recalls that involved this range. We did verify a recall had been issued for the subject Samsung range. The recall states the front-mounted knobs on the ranges can be activated by accidental contact by humans or pets, posing a fire hazard (**Attachment C**).

At the time of the inspection, the control knob for the left-front element was in an "off" position as well as the remaining control knobs.

At the direction of our client, we returned to the residence on December 3, 2024, and collected the Samsung electric range. In addition, we collected the over-the-range exhaust hood. These items will be stored for a potential future laboratory examination.

**Analysis**

In support of our conclusions and origin hypothesis, we considered fire patterns, fire behavior, ventilation effects, and the fuel load in the area consisting of common combustible materials. We challenged our analysis with alternate hypotheses of fire origins away from and communicating to an area remote from the immediate area of fire origin.

After a review of all the data, as well as the inspection of the structure, and with fire patterns examined, an area of fire origin was determined to be in the kitchen. The specific area of fire origin was at the left-front burner of the freestanding Samsung electric range.

The specific ignition sequence and cause of the fire was determined to have been ordinary combustibles that were heated to their ignition temperature. All natural, nearby heat sources were eliminated.

Fire patterns observed in the kitchen were consistent with the left-front element having been in an "On" position at the time of the fire. Witness statements report the left-front control knob was "On" at the time of the fire. The activated element provided sufficient heat to ignite the ordinary combustibles being stored on the cooking surface of the range. An open recall with the Samsung range was verified. It was probable Mr. Brown's son or one of his pet dogs made contact with the control knob and inadvertently turned the left-front element to the "On" position, causing the fire.

1. On November 15, 2024, the residence was inspected and documented with measurements, sketches, and digital photographs.

2. On November 15, 2024, the owner/occupant, Mr. Rocky Brown, was interviewed.

3. On November 15, 2024, fire debris was collected and subsequently submitted for ignitable liquid testing. The laboratory results were negative for any ignitable liquid residues.

4. Research was performed and an open recall was confirmed on the subject electric range with the U.S. Consumer Product Safety Commission and Samsung.

5. On December 3, 2024, the subject kitchen range and related items of evidence were collected from the residence.

6. During our investigation, we applied the methodology of fire investigation using the systematic approach as recommended in the current edition of the National Fire Protection Association's NFPA 921 - "Guide for Fire and Explosion Investigations" and in compliance with NFPA 1033 - "Standard for Professional Qualifications for Fire Investigator".

## Section V

## ATTACHMENTS

A. Photographs

B. North Monroe Volunteer Fire Department Incident Report

C. CPSC Recall Information

D. Curriculum Vitae

# Photographs

Photographs taken during our inspection, including photographs that were not included in this report, were retained in our files and are available to you upon request.

**Photograph 1**
The front of the residence, facing south toward ███████████.



**Photograph 2**
Smoke and soot deposits are visible on all elevations along the eaves and roof line.



**Photograph 3**
Overview of the kitchen range and the area of fire origin.



**Photograph 4**
Overview of the kitchen range's model/serial identification plate.



**Photograph 5**
Overview of the cooktop at the time of inspection.



**Photograph 6**
Overview of the cooktop after the removal of fire debris.



**Photograph 7**
Overview of the left-front element control knob at the time of the inspection. It was reported the second from left knob was "On" at the time of the fire.



**Photograph 8**
Fire debris was excavated along the floor in front of the range.



**Photograph 9**
Fire debris sample was collected for ignitable liquid testing.



**Photograph 10**
Overview of the rear of the range and the electrical cord/receptacle.



**Photograph 11**
The range hood collapsed onto the electric range.



**Photograph 12**
Fire patterns intensify on the left side directly over the left front range element.



**Photograph 13**
Nearby electrical receptacle was eliminated as the source of the fire.



**Photograph 14**
Fire patterns are consistent with the fire originating on the left side of the electric range.



**Photograph 15**
Electrical conductors above the range were eliminated as the ignition source causing the fire.



# North Monroe Volunteer Fire Department Incident Report

# NMVFD RUN SHEET     INCIDENT 2024 - 109

(423) 337-6038                                    EXPOSURE #

Mut/Aid incid # _____

| | |
|---|---|
| DATE OUT 9/16/2024 | DATE IN 9/17/2024 |
| DISPATCH 2201 | CLEARED 0014 |
| ENROUTE 2206 | IN STATION 0030 |
| ON SCENE 2219 | TOTAL WATER USED 4000 GALS |
| TIME ON CALL 2.5 HRS | FILL HYDRANT LOC Fairview Baptist Church |

## APPARATUS

| | | # LOADS | | |
|---|---|---|---|---|
| ☐ Engine 671 | DRIVER _____ | X 1000 | ☑ POV | DRIVER Justin |
| ☑ Tanker 673 | DRIVER Hannah | X 2000 | ☐ POV | DRIVER _____ |
| ☐ Support 676 | DRIVER _____ | | ☐ POV | DRIVER _____ |
| ☐ EMR Car 677 | DRIVER _____ | | ☐ POV | DRIVER _____ |

## CALL TYPE                    ☐ CANCELLED ENROUTE BY: _____

| | |
|---|---|
| ☑ FIRE Structure TYPE | ☐ SERVICE _____ |
| ☐ MVA | ☐ EMS ASSIST _____ |
| ☐ EMR _____ INJURY | ☐ OTHER _____ |

CALL LOCATION \\\ Underwood Rd.     MUTUAL AID FROM/TO CBVFD + Tri-Ca VFD

☐ ☐ SMOKE DETECTORS PRESENT ?         ☐ ☐ SMOKE DETECTORS ACTIVATED ?
YES  NO  unknown              YES NO  unknown

| | | 18+ yrs | 1-18 yrs | 1-12 mos |
|---|---|---|---|---|
| PERSON INVOLVED 1. Rocky Brown | AGE | ADULT | CHILD | INFANT 423-641-6417 |
| 2. (Renter) | AGE | ADULT | CHILD | INFANT |
| 3. _____ | AGE | ADULT | CHILD | INFANT |

| ADDRESS | | | |
|---|---|---|---|
| 1 ▓▓▓▓▓▓ OWNER/PATIENT | CITY Sweetwater |
| 2. _____ | CITY _____ |
| 3. _____ | CITY _____ |

PROPERTY INVOLVED  1  Mobile  Home     VIN  Singlewide
                   TYPE ( AUTO, MOBILE HOME, HOUSE, FIELD, etc )    YEAR  SIZE OF HOME, MODEL / TAG # OF AUTO

                   2. _____
                   TYPE ( USE SEPARATE SHEET FOR NEW FIRE )

| DAMAGE | PROPERTY Mobile Home | YEAR 100 % DAMAGED | SIZE OR MODEL / TAG # $ unknown VALUE ESTMATE |
|---|---|---|---|
| | CONTENTS ALL | | $ unknown VALUE ESTMATE |

INSURANCE COMPANY unknown         POLICY# unknown

ADDRESS _____        CITY _____

AGENT _____        PHONE _____

Tate Hitson     Chief          Hannah Hitson   Capt.
UNIT IN CHARGE        RANK      REPORT MADE BY

_____                         Property Owners
UIC SIGNATURE                   SCENE OR PROPERTY TURNED OVER TO

                                                REV 08/23/2024

# UNITS RESPONDING

| | UNIT | NAME | VEH | CLEAR | | UNIT | NAME | VEH | CLEAR |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | 1 | CHIEF HITSON, FATE | 673 | FH | ☐ | 18 | | | |
| ☒ | 2 | Asst Chief WILSON, J | POV | FH | ☐ | 19 | | | |
| ☒ | 3 | CAPT. HITSON, HANNAH | 673 | FH | ☐ | 20 | | | |
| ☐ | 4 | | | | ☐ | 21 | | | |
| ☐ | 5 | Lt. ANDERSON, CHRIS | | | ☐ | 22 | | | |
| ☐ | 6 | | | | ☐ | 23 | | | |
| ☐ | 7 | | | | ☐ | 24 | | | |
| ☐ | 8 | | | | ☐ | 25 | | | |
| ☐ | 9 | | | | ☐ | 26 | | | |
| ☐ | 10 | JEWELL, DJ | | | ☐ | 27 | | | |
| ☐ | 11 | | | | ☐ | 28 | | | |
| ☐ | 12 | | | | ☐ | 29 | | | |
| ☐ | 13 | IVENS, TY | | | ☐ | 30 | | | |
| ☐ | 14 | SCHLEITWILER, KARL | | | ☐ | 31 | | | |
| ☐ | 15 | | | | ☐ | 32 | | | |
| ☐ | 16 | | | | ☐ | 33 | | | |
| ☐ | 17 | | | | ☐ | 34 | | | |

ENGINE X 1000 gals    TANKER X 2000 gals    # LOADS DVLD

| | | | | # LOADS DVLD | | | | | # LOADS DVLD |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | T-33 | CHRISTIANBURG 62831 x 3000gal | T-33 | | ☐ | T-7 | PHILA F/R 53131 | T-7 | |
| | | CHRISTIANBURG 62831 | | | ☐ | | LOUDON F/R 53987 | | |
| ☒ | E-33 | CHRISTIANBURG 62831 | E-33 | | ☐ | | # of LCFR PERSONNEL | FFs | |
| ☒ | St 33 | # of CVFD PERSONNEL | FFs | X2 | ☐ | | SFD 62143 | | |
| | T-14 | TRI – COMMUNITY 62171 | T-14 | | ☐ | | # of SFD PERSONNEL | FFs | |
| ☒ | T-142 | TRI – COMMUNITY 62171 | T-142 | | ☒ | 431 | EMS | MEDICS | X2 |
| ☐ | E-14 | TRI – COMMUNITY 62171 | E-14 | | ☐ | | EMS / AIR MED | MEDICS | |
| ☒ | St 14 | # of TC PERSONNEL | FFs | X5 | ☐ | | EMS / AIR MED | MEDICS | |

NARRATIVE: On 9/16/2024, North Monroe VFD was dispatched to ███ Sweetwater for a working structure fire, to back up Christianburg VFD. NM tanker 673 went in route emergency traffic and arrived on scene without incident. 673 was first on scene. ~~Orange~~ Green Speed lay was pulled, NMVFD packed up and began interior attack on A side. Flame were showing from middle of structure in roof. Upon entering structure no flames were visible. NM used pick poles to put holes in ~~feet~~ ceiling while hitting ceiling- livingroom area with water. Floor became soft NMVFD backed out. Tri-Co and CBVFD arrived on scene. Tri-co continued interior attack on C side. NMVFD pulled Orange speedlay and began exterior attack on A side. Fire was finally extinguished. During overhaul 2 pets were found expired. Upon further investigation fire was believed to have started on the stove. Fire was contained to livingroom and kitchen area. The entire home sustained Water and Smoke Damage. Home is considered 100% loss. No further investigation needed by NMVFD. NMVFD and all departments cleared and returned to service.

# UNITS RESPONDING

| UNIT | NAME | VEH | CLEAR |
|------|------|-----|-------|
| 1 | CHIEF HITSON, FATEL | 7'3 | fH" |
| 2 | Asst Chief WILSON, J | tb\l | rW |
| 3 | CAPT HITSON, HANNAH | \_D,a | fff |
| 4 | | | |
| 5 | | | |
| 6 | Lt. ANDERSON, CHRIS | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | JEWELL, DJ | | |
| 11 | | | |
| | | | |
| 131 | VENS, TY | | |
| 014 | SCHLITWILER KA | | |
| 15 | | | |
| | | | |
| 17 | | | |

| UNIT | NAME | VEH | CLEAR |
|------|------|-----|-------|
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | | | |
| 29 | | | |
| 30 | | | |
| 31 | | | |
| 32 | | | |
| 33 | | | |
| 34 | | | |

ENGINE X 1000 gals   TANKER X 2000 glils   # LOADS DVLD

| | | |
|---|---|---|
| C'f-33 CHISTIANBURG 62831 x 3000gal | T-33 | |
| CHRISTIANBURG 62831 | | |
| E-33 CHRISTIANBURG 62831 | E-33 | |
| St 33 # of CVFD PERSONNEL | FFs | |
| T-14 TRI - COMMUNITY 62171 | T-14 | |
| T-142 TRI- COMMUNITY 62171 | T-142 | |
| E-14 TRI- COMMUNITY 62171 | E-14 | |
| St 14 # of TC PERSONNEL | FFs | x 6 |

ENGINE X 1000 gals   TANKER X 2000 gais   # LOADS DVLD

| | | |
|---|---|---|
| T-7 PHILA F/R 53131 | T-7 | |
| LOUDON F/R 53987 | | |
| # of LCFR PERSONNEL | FFs | |
| SFD 62143 | | |
| # of SFD PERSONNEL | FFs | |
| EMS | MEDICS | ;;i. |
| EMS/ AIR MED | MEDICS | |
| EMS / AIR MED | MEDICS | |

NARRATIVE: On 9/16/2024, North Monroe VFD was dispatched to ███ Sweetwater for a working structure fire, to back up Christianburg VFD. NM tanker 673 went in route emergency traffic and arrived on scene without incident. 673 was first on scene. ~~orange~~ green Speed lay was pulled, NMVFD packed up and began interior attack on A side. Flame were showing from middle of structure in roof. Upon entering structure no flames were visible. NM used pick poles to put holes in ~~both~~ ceiling while hitting ceiling living room area with water. Floor became soft NMVFD backed out. Tri-co and CBVFD arrived on scene. Tri-co continued interior attack on C side. NMVFD pulled orange speed lay and began exterior attack on A side. Fire was finally extinguished. During overhaul 2 pets were found expired. Upon further investigation fire was believed to have started on the stove. Fire was contained to living room and kitchen area. The entire home sustained water and smoke damage. Home is considered 100% loss. No further investigation by NMVFD. NMVFD and all departments cleared and returned to service.

# CPSC Recall Information



United States
CONSUMER PRODUCT SAFETY COMMISSION

# Samsung Recalls Slide-In Electric Ranges Due to Fire Hazard



Samsung Slide-In Electric Range Model NE58F9500SS/AA

   

**Name of Product:**

Slide-in Electric Ranges

**Hazard:**

Front-mounted knobs on the ranges can be activated by accidental contact by humans or pets, posing a fire hazard.

**Remedy:**
Repair

**Recall Date:**

August08,2024

**Units:**

About 1,120,905

## Consumer Contact

Samsung toll-free at 833-775-0120 from 9 a.m. to 8 p.m. ET Monday through Friday, email at rangesupport@sea.samsung.com, or at samsung.com/us/support/range-knob-kit to request free knob locks.

# Recall Details

**Description:**

This recall involves Samsung Electric Slide-In Ranges with the model numbers below.

The model number is located on the ranges on the inside upper left corner of the oven door or inside the storage bin located on the bottom of the oven.

| Recalled Model Numbers |
|---|
| NE58K9430SS/ AA |
| NE58N9430SG/AA |
| NE58R9431SG/AA |
| NE58R9431SS/AA |
| NE58R9431ST/AA |
| NE58F9500SS/ AA |
| NE58K9500SG/ AA |
| NE58F9710WS/AA |
| NE58K9850WS/ AA |
| NE58K9850WG/ AA |
| NE58K9852WG/ AA |
| NE58H9950WS/AA |
| NE58R9311SS/AA |
| NE63T8111SG/AA |
| NE63T8111SS/AA |

| Recalled Model Numbers |
| --- |
| NE63T8311SG/AA |
| NE63T8311SS/AA |
| NE63BG8315SSAA |
| NE63CB831512AA |
| NE63BB851112AA |
| NE63T8511SG/AA |
| NE63T8511SS/AA |
| NE63T8511ST/AA |
| NE63A8711QN/AA |
| NE63BB871112AA |
| NE63T8711SG/AA |
| NE63T8711SS/AA |
| NE63T8711ST/AA |
| NE63T8751SG/AA |
| NE63T8751SS/AA |

**Remedy:**

Consumers should contact Samsung to receive a free set of knob locks or covers compatible with their model of electric slide-in range to install.

Consumers using the recalled ranges without knob locks or covers are cautioned to keep children and pets away from the knobs, to check the range knobs to ensure they are off before leaving the home or going to bed, and to not leave objects on the range when the range is not in use.

Consumers with Wi-Fi enabled ranges can enable the "Cooktop On" notification on the Samsung SmartThings app to receive alerts on their smartphone when a cooktop burner is turned on.

## Incidents/Injuries:

Samsung has received over 300 reports of unintentional activation of the front-mounted knobs by humans or pets since 2013. These ranges have been involved in approximately 250 fires. At least 18 fires caused extensive property damage. Approximately 40 injuries have been reported, eight of which required medical attention, and there have been reports of seven fires involving pet deaths.

## Sold At:

Best Buy, Costco, The Home Depot, Lowe's and other appliance stores nationwide, and online at Samsung.com. Depending upon the model, the ranges were sold from May 2013 through August 2024 for between $1,250 and $3,050.

## Manufacturer(s):

Samsung Electronics America Inc., of Ridgefield Park, N.J.

## Important Message from CPSC:

CPSC urges consumers to follow the following safety advice to avoid the risk of fire:

- Never place, leave, or store anything on the top of your range. Such items can ignite if the range is accidentally activated or left on. Fires can occur when items are left on the top surface of *any* range that is accidentally activated or left on.

For more information on Range and Oven Safety, visit
https://www.cpsc.gov/Safety-Education/Safety-Education-Centers/Fire-Safety-Information-Center

## Manufactured In:

Thailand

## Recall number:

24-335

Note: Individual Commissioners may have statements related to this topic. Please visit
www.cpsc.gov/commissioners to search for statements related to this or other topics.

### Recall Complaint

If you are experiencing issues with a recall remedy or believe a company is being non-responsive to your remedy request, please use this form and explain the situation to CPSC.

# Curriculum Vitae



## Robert R. Everett, CFI-IAAI, CFPS

Fire Consultant

200 Prosperity Drive
Knoxville, TN 37923



(865) 393-6047

reverett@rimkus.com

## Background

Mr. Robert Everett holds an A.S. degree in Fire Science and a B. S. degree in Organizational Management.  As a 30-year veteran of the fire services industry, Mr. Everett is a Certified Fire Investigator (CFI), through the International Association of Arson Investigators (IAAI).  He is also a Certified Fire Protection Specialist through the National Fire Protection Association (NFPA).  He has almost 10 years of experience in the private sector as a fire investigator.

He has also completed several courses at the National Fire Academy, varying in multiple disciplines among the fire service.  Mr. Everett is also Fire and Building Inspector Certified through the International Code Council and is licensed as a Fire and Building Codes Inspector in the State of Tennessee.  He is a Certified Hazardous Materials Technician and Life Safety Compliance Officer through the Tennessee Commission on Firefighting.

The last 20 years have been spent conducting origin and cause investigations and analyses of fire and explosion incidents as a Fire Captain and Fire Marshal for the City of Maryville, Tennessee.  His responsibilities include supervision and management of on-scene fire investigations, criminal follow-up investigations of incendiary fires, and directing fire suppression activities.  He has collaborated with multiple agencies including the State Fire Marshal, Alcohol, Tobacco and Firearms (ATF); local police; and insurance companies and legal agencies during large loss incidents.  For the last 9 years, Mr. Everett has worked in the private industry as a forensic fire expert.  During this time, he has conducted over 500 origin and cause investigations for insurance companies and legal firms.

## Professional Experience

- **Rimkus**                                                                                              **2021 – Present**
  - Fire Consultant
    Conduct fire and explosion evaluations in commercial, residential, automotive, mechanical, maritime, and wildland incidents. Investigate fires involving appliances and electrical devices. Assess potential liability and subrogation issues. Collect, document, and preserve evidence to ensure the chain of custody. Collect samples for submission to testing laboratories for analysis and detection of possible accelerants.  Conduct interviews with witnesses; responding firefighters; city, state, and federal agencies and investigators; as well as other pertinent third-party individuals and organizations.  Prepare and provide detailed verbal and written investigative reports pertaining to the origin and cause of the fire or explosion event. Provide expert technical


and scientific support to clients for subrogation and litigation purposes. Provide Expert Witness testimony in deposition and trial. Assist appropriate engineering personnel with product design failure analysis to determine if a product was the cause or contributing factor in a fire or explosion event. Conduct file reviews and evaluate other experts' reports to assist legal counsel in decision-making processes.

- **City of Maryville**                                                                            **1992 - Present**
  - Fire Captain
  Fire Captain manages a team of firefighters. Ensures all equipment is properly maintained and serviced. Directs training and conditioning activities. Leads and coordinates the response to various emergencies and disasters. Acts as the incident commander on all emergency incidents. Formulates a plan of action and mitigates the emergency while protecting life and property. Ensures that department goals and objectives are met while adhering to the approved budget. Manages subordinate staff in the day-to-day performance of their jobs.

- **Donan Engineering 2012 -**                                                                                  **2021**
  - Fire Investigator / Evidence Technician
  Conducted fire and explosion evaluations from commercial, residential, and automotive incidents. Investigated fires involving appliances and electrical devices. Assess potential liability and subrogation issues. Collected, documented, and preserved evidence to ensure the chain of custody. Collected samples for submission to testing laboratories for analysis and detection of possible accelerants. Conducted interviews with witnesses; responding firefighters; city, state, and federal agencies and investigators; as well as other pertinent third-party individuals and organizations. Prepared and provided detailed verbal and written investigative reports pertaining to the origin and cause of the fire or explosion event. Provided expert technical and scientific support to clients for subrogation and litigation purposes. Available to provide expert witness testimony in deposition and trial. Assisted appropriate engineering personnel with product design failure analysis to determine if a product was the cause or contributing factor in a fire or explosion event. Conducted file reviews and evaluate other experts' reports to assist legal counsel in decision-making processes. Collected, logged, and kept track of evidence for all investigators and engineers in the Southeast region.

## Education and Certifications

- **Bachelor of Science in Organizational Management,** Tusculum College Tusculum, Tennessee
- **Associates of Applied Science in Fire Science,** Morristown, Tennessee
- **Certified Fire Investigator,** International Association of Arson Investigators
- **Certified Fire Protection Specialist,** National Fire Protection Association (NFPA)
- **Certified Crash Data Recovery (CDR) Technician,** Institute of Police Technology and Management (IPTM)
- **Certified Private Investigator:** Tennessee, Kentucky, Virginia, North Carolina, South Carolina, Georgia, and Alabama
- **Certified Fire Inspector,** International Code Council and Tennessee State Certified Fire Inspector
- **Certified Commercial and Residential Building Inspector,** International Code Council and Tennessee State Certified Building Inspector
- **Certified Property Maintenance Inspector,** International Code Council
- **Certified Emergency Medical Technician**
- **Certified Hazardous Materials Technician**



## Continuing Education

- **Annual Conference Tennessee Chapter IAAI:** 34 hours tested (each year 1999-2021)
- **30 hours IPTM training event data recovery from engine control modules 2021**
- **240 hours fire suppression activities required by Insurance Services Organization (ISO) 2021**
- **12 hours per year claimed for fire and building code certification maintenance**
- **12 hours per year claimed for emergency medical technician**
- **8 hours per year claimed for Haz-Mat Technician Maintenance**
- **8 hours per year claimed for private investigator certification maintenance**